UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:08cv136

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| BILTMORE FINANCIAL GROUP, INC. and | ) |
| J. V. HUFFMAN, JR., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ORDER AUTHORIZING EMPLOYMENT OF KELLAM & PETTIT, P.A. AS COUNSEL FOR W. WALT PETTIT, RECEIVER

Upon the application of W. Walt Pettit as Receiver (hereinafter "Receiver") for Defendants Biltmore Financial Group, Inc. and J. V. Huffman, Jr. (hereinafter "Receivership Estates"), for approval of his employment of the law firm of Kellam & Pettit, P.A. to represent the Receiver in this case and as needed with respect to the administration of the Receivership Estates, and for good cause shown, it is

ORDERED that the Receiver's employment of the law firm of Kellam & Pettit, P.A. as attorneys for the Receiver be, and is hereby, approved, and all fees for services rendered by the attorneys shall be paid only after Application to and approval by this Court.

Signed: January 27, 2009

Richard L. Voorhees
United States District Judge