UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:08CV136

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** )<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**BILTMORE FINANCIAL GROUP, INC. & J. V. HUFFMAN, JR.,** )<br>)<br>**Defendants.** ) | **ORDER** |

Upon the application of W. Walt Pettit as Receiver (hereinafter "Receiver") for Defendants Biltmore Financial Group, Inc. and J. V. Huffman, Jr. (hereinafter "Receivership Estates"), for approval of his employment of the accounting firm of Middleswarth and Bowers, P.A. to represent the Receiver in this case and as needed with respect to the administration of the Receivership Estates, and for good cause shown, it is

**ORDERED** that the Receiver's employment of the accounting firm of Middleswarth and Bowers, P.A. as accountants for Receiver be, and is hereby, approved, and all fees for services rendered by accountants shall be paid only after Application to and approval by this Court.

Signed: February 13, 2009

Richard L. Voorhees
United States District Judge