UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:08cv136

| | |
|---|---|
| **SECURITES AND EXCHANGE COMMISSION,** )<br>           **Plaintiff,** )<br>)<br>v. )<br>)<br>**BILTMORE FINANCIAL GROUP, INC., and J. V. HUFFMAN, JR.,** )<br>)<br>           **Defendants.** )<br>_____ ) | **ORDER** |

**THIS MATTER** is before the court upon application of the firm of Kellam & Petit, P.A. for compensation and reimbursement of expenses as counsel for the receiver. (Document #26.) Having reviewed the application and the summary of time and expenses contained therein, the court finds that the request for compensation and reimbursement is reasonable.

**WHEREFORE**, **IT IS ORDERED**, that the Motion for Attorneys Fees and Costs is **GRANTED**. The receiver, W. Walt Pettit, is hereby authorized to disburse to Kellam & Pettit, P.A. the sum of $48,170.10 from the Receiver Estate as compensation for expenses and services rendered to the receiver in this case.

Signed: May 1, 2009

Richard L. Voorhees
United States District Judge