IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:08cv136

| | |
|---|---|
| SECURITES AND EXCHANGE COMMISSION, | ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| BILTMORE FINANCIAL GROUP, INC., and J. V. HUFFMAN, JR., | ) ) |
| Defendants, | ) ) |
| and | ) ) |
| GILDA BOLICK HUFFMAN, | ) |
| Relief Defendant. | ) ) |

## ORDER

**THIS MATTER** is before the court upon a consent Motion to Stay Proceedings in this case (Document #27), filed by the Securities and Exchange Commission on April 28, 2009, and consented to by Defendants Biltmore Financial Group, Inc. and J. V. Huffman, Jr.

**WHEREFORE**, for the reasons stated in the Motion, and for good cause shown, it is hereby **ORDERED** that discovery, pleadings practice, and other proceedings among the parties unrelated to the activities of the Receiver herein are hereby **STAYED** for a period of 150 days.

Signed: May 1, 2009

Richard L. Voorhees
United States District Judge