UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BILTMORE FINANCIAL GROUP, INC. and )<br>J. V. HUFFMAN, JR., )<br>)<br>Defendants. )<br>) | Case No.:<br>5:08-CV-00136 |

**ORDER GRANTING RECEIVER'S MOTION TO CONFIRM SALE OF PERSONAL PROPERTY FREE AND CLEAR OF ALL LIENS, CLAIMS, AND ENCUMBRANCES**

THIS CAUSE, coming on to be heard and being heard before the Honorable Richard L. Voorhees, United States District Judge for the Western District of North Carolina, upon Receiver's Motion to Confirm Sales of Personal Property Free and Clear of All Liens, Claims, and Encumbrances (Document #34), filed June 9, 2009; and

It appearing to the Court that this Court previously authorized the Receiver to sell certain property, that the Receiver has sold the property in accordance with the prior Order of this Court and that an Order should be entered confirming the sales as required by the Court; and

It further appearing to the Court that a hearing is not required, that the Receiver has satisfied and complied with the provisions of 28 U.S.C.§§ 2001, 2002 and 2004 and that said Motion should be granted.

NOW, THEREFORE, IT HEREWITH IS ORDERED, ADJUDGED AND DECREED as follows:

1. That the Receiver's Motion to Confirm Sales of Personal Property Free and Clear of

All Liens, Claims and Encumbrances be and the same herewith is granted; and

2. That the Receiver is authorized to sell to Haddock Collision IV, LLC, by private sale, a Mercedes Benz S65 AMG (VIN# WDDNG79X57A090976) for the sum of $85,250.00; and

3. That the Receiver is authorized to sell to Lincoln Fish, by private sale, a Mercedes Benz CLK63 AMG (VIN# WDBTK77G37T079576) for the sum of $41,250.00; and

4. That the Receiver is authorized to sell to Marty D. Tillery and Lesia D. Tillery, by private sale, a Mercedes Benz GL550 (VIN# 4JGBF86E38A319757) for the sum of $52,250.00; and

5. That the Receiver is authorized to sell to Foreign Cars Italia, by private sale, an Aston Martin DB9 (VIN# SCFAD02A68GB09651) for the sum of $100,100.00; and

6. That the Receiver is hereby authorized to consummate each Contract with FCI and the new buyers, execute such documents as may be required, and to pay any valid obligation which is secured by any of the Property; and

7. That the Property to be sold by the Receiver is sold free and clear of all liens, claims and encumbrances.

Signed: June 15, 2009

Richard L. Voorhees
United States District Judge