UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) <br> ) <br>         Plaintiff, ) <br> ) <br> v.       ) <br> ) <br> BILTMORE FINANCIAL GROUP, INC. and ) <br> J. V. HUFFMAN, JR.,     ) <br> ) <br>         Defendants. ) <br> ) | Case No.: <br> 5:08-CV-00136 |

**ORDER**

THIS CAUSE, coming on to be heard and being heard before the Honorable Richard L. Voorhees, United States District Court Judge for the Western District of North Carolina, upon the Application to Employ Auctioneer for Receiver (Document #35), filed June 9, 2009; and

It appearing to the Court that notice is not required to be served on all parties, that it is necessary for the Receiver to employ an auctioneer for the reasons as set forth in the Receiver's Application, that the auctioneer is a disinterested person, and that said Application should be granted.

NOW, THEREFORE, IT HEREWITH IS ORDERED, ADJUDGED AND DECREED as follows:

1. That the Application to Employ Auctioneer for Receiver be and the same herewith is granted; and

1

2. That the Receiver is authorized to employ Gary Boyd Auction and Real Estate and to pay Gary Boyd Auction and Real Estate such compensation as may be approved by this Court upon Application and Notice.

Signed: June 15, 2009

Richard L. Voorhees
United States District Judge