UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:08cv136

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** )<br>  Plaintiff, )<br> )<br> v. )<br> )<br>**BILTMORE FINANCIAL GROUP, INC., and J. V. HUFFMAN, JR.,** )<br> )<br>  Defendants. ) | **ORDER** |

**THIS CAUSE**, coming on to be heard and being heard before Richard L. Voorhees, United States District Court Judge for the Western District of North Carolina, upon the Application of the law firm of Kellam & Pettit, P.A. for Compensation and Reimbursement of Expenses as Counsel for the Receiver; and

It appearing to the Court that all parties in interest were given proper notice of the Application of the Firm of Kellam & Pettit, P.A. for Compensation and Reimbursement of Expenses as Counsel for the Receiver and that no party in interest filed an objection thereto; and

It further appearing to the Court that Kellam & Pettit, P.A. as counsel for the Receiver has rendered valuable legal services as Receiver for Defendants J.V. Huffman, Jr. and Biltmore Financial Group, Inc. from February 11, 2009 through June 26, 2009 and that the firm should be paid for services rendered during said time, along with their expenses; and

It further appearing to the Court that under the standards set for compensation, Kellam & Pettit, P.A.'s fees are fair and reasonable.

1

**NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED** that the Receiver be and he herewith is authorized to pay to Kellam & Pettit, P.A. the sum of $59,088.00 as attorneys' fees in this matter, along with expenses in the sum of $836.01 for the period of time from February 11, 2009 through June 26, 2009.

Signed: July 31, 2009

Richard L. Voorhees
United States District Judge