FILED
CHARLOTTE, NC

AUG 20 2009

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BILTMORE FINANCIAL GROUP, INC. and ) <br> J. V. HUFFMAN, JR., ) <br> ) <br> Defendants. ) <br> ) | Case No.: <br> 08-CV-00136-RLV-CH |

## ORDER GRANTING RECEIVER'S MOTION TO CONFIRM SALE OF PERSONAL PROPERTY FREE AND CLEAR OF ALL LIENS, CLAIMS, AND ENCUMBRANCES

THIS CAUSE, coming on to be heard and being heard before Richard L. Voorhees, United States District Judge for the Western District of North Carolina, upon Receiver's Motion to Confirm Sales of Personal Property Free and Clear of All Liens, Claims, and Encumbrances (Document # 46) filed on August 17, 2009; and

It appearing to the Court that this Court previously authorized the Receiver to sell certain personal property subject to the terms and conditions set forth therein, that the Receiver is seeking confirmation of five (5) items of personal property in excess of $25,000.00, and that each item of personal property as set forth hereinafter was sold for the fair market value of the same; and

It further appearing to the Court that notice is not required, that the Receiver has sold the personal property in accordance with the prior Order of this Court (Document # 40), that said Motion should be granted and that an Order should be entered confirming the sales.

NOW, THEREFORE, IT HEREWITH IS ORDERED, ADJUDGED AND DECREED as follows:

1. That the Receiver's Motion to Confirm Sales of Personal Property Free and Clear of All Liens, Claims and Encumbrances be and the same herewith is granted; and

2. That the Receiver is authorized to sell the following items for the following

1

amounts:

| PROPERTY | SALES PRICE |
|---|---|
| 2007 Prevost H345 Motor Home (VIN # 2PCV3349861010618) | $500,000.00 |
| 2005 Chaparral Boat (Hull Id # FGBD0381F505) | $86,000.00 |
| 1939 Cadillac V16 (VIN # 5290135) | $66,000.00 |
| 2007 Chevrolet Silverado 3500 (VIN # 1GCHK33637F530811) | $33,000.00 |
| 2008 Chevrolet Silverado 2500 (VIN # 1GCHK23608F186107) | $33,000.00 |

3. That the personal property to be sold by the Receiver is sold free and clear of all liens, claims and encumbrances and that the Receiver is authorized to execute whatever documents which may be required to consummate these sales.

IT IS SO ORDERED this 19th day of August, 2009.

Richard L. Voorhees
United States District Judge