FILED
CHARLOTTE, NC

SEP 9 2009

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) Case No.: <br> ) 08-CV-00136-RLV-CH <br> BILTMORE FINANCIAL GROUP, INC. and ) <br> J. V. HUFFMAN, JR., ) <br> ) <br> Defendants. ) <br> ) | |

## ORDER AUTHORIZING AND DIRECTING PAYMENT
## OF PROFESSIONAL FEES AND EXPENSES

THIS CAUSE, coming on to be heard and being heard before Richard L. Voorhees, United States District Court Judge for the Western District of North Carolina, upon William Walt Pettit's Application of Receiver to Pay Professional Fees of the Firm Gary Boyd Auction and Real Estate; and

It appearing to the Court that all parties in interest were given proper notice of the Application and that no party in interest filed an objection thereto.

It further appearing to the Court that Gary Boyd Auction and Real Estate, as Auctioneer for the Receiver, has rendered valuable services, and that Gary Boyd Auction and Real Estate should be paid for services rendered during said time, along with their expenses.

It further appearing to the Court that under the standards set for compensation, Gary Boyd Auction and Real Estate's fees are fair and reasonable.

NOW, THEREFORE, IT HEREWITH IS ORDERED, ADJUDGED AND DECREED that the Receiver be and he herewith is authorized to pay to Gary Boyd Auction and Real Estate, out of the assets of the Receiver Estate, the sum of One Hundred Fifteen Thousand One Hundred Fifty Four and 55/100 Dollars ($115,154.55) as commission, along with expenses in the sum of

Nine Thousand Two Hundred Seventy Six and 83/100 Dollars ($9276.83).

This the 8th day of ~~August~~ September, 2009.

*/s/ Richard L. Voorhees*
RICHARD L. VOORHEES
UNITED STATES DISTRICT COURT JUDGE