IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, :<br>:<br>:<br>Plaintiff, :<br>:<br>v. :<br>:<br>BILTMORE FINANCIAL GROUP, INC., :<br>and J. V. HUFFMAN, JR., :<br>::<br>Defendants, :<br> and :<br>GILDA BOLICK HUFFMAN, :<br>:<br>Relief Defendant. :<br>: | Civil Action No.<br>5:08-cv-00136-RLV-CH |

## **ORDER**

**THIS MATTER** is before the Court on the Joint Motion of all the parties hereto (Document #50) to extend the stay of discovery, pleadings practice, and other proceedings among the parties unrelated to the activities of the Receiver, which stay was effected by the May 1, 2009 Order of this Court.

**WHEREFORE**, for the reasons stated in the Joint Motion, it hereby is **ORDERED** that the stay of discovery, pleadings practice, and other proceedings among the parties unrelated to the activities of the Receiver effected by the May 1,

2009 Order of this Court is and shall be extended through and including December 15, 2009.

SO ORDERED.

Signed: September 28, 2009

David S. Cayer
United States Magistrate Judge