UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) |
| Plaintiff, | ) ) |
| v. | ) Case no. 5:08-cv-136 ) |
| BILTMORE FINANCIAL GROUP, INC. and J.V. HUFFMAN, JR., | ) ) ) |
| Defendants. | ) ) ) |

## ORDER ALLOWING COMPENSATION FOR ACCOUNTANT FOR RECEIVER

**THIS CAUSE**, coming on to be heard and being heard before Richard L. Voorhees, United States District Court Judge for the Western District of North Carolina, upon the Application of Middleswarth, Bowers and Company C.P.A. for Compensation and Reimbursement of Expenses as Accountant for the Receiver; and

It appearing to the Court that all parties in interest were given proper notice of the Application of Middleswarth, Bowers and Company C.P.A. for Compensation and Reimbursement of Expenses as Accountant for the Receiver and that no party in interest filed an objection thereto;

It further appearing to the Court that Middleswarth, Bowers and Company C.P.A. as accountant for the Receiver has rendered valuable services as accountant for Receiver for Defendants J.V. Huffman, Jr. and Biltmore Financial Group, Inc. from February 10, 2009 through June 24, 2009 and that the firm should be paid for services rendered during said time, along with their expenses; and

It further appearing to the Court that under the standards set for compensation, Middleswarth,

1

Bowers and Company C.P.A.'s fees are fair and reasonable;

**NOW, THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED** that the Receiver be and he herewith is authorized to pay to Middleswarth, Bowers and Company C.P.A. the sum of $25,483.75 as accountants' fees in this matter, for the period of time from February 10, 2009 through June 24, 2009.

Signed: December 29, 2009

Richard L. Voorhees
United States District Judge