IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:08cv136

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | |
| v. | **ORDER** |
| BILTMORE FINANCIAL GROUP, INC., and J. V. HUFFMAN, JR., | |
| Defendants, and | |
| GILDA BOLICK HUFFMAN, | |
| Relief Defendant. | |

**THIS MATTER** is before the Court on the Consent Motion of Defendants and Relief Defendants (Document #63) to extend the stay of discovery, pleadings practice, and other proceedings among the parties unrelated to the activities of the Receiver, which stay was effected by the December 16, 2009 Order of this Court. Plaintiff Securities and Exchange Commission consents to the Motion.

**WHEREFORE**, for the reasons stated in the Motion, it hereby is **ORDERED** that the stay of discovery, pleadings practice, and other proceedings among the parties unrelated to the activities of the Receiver effected by the December 16, 2009 Order of this Court is and shall be extended through and including April 1, 2010, provided, however, that the Commission shall be free, without first seeking relief from this Order, to file a motion seeking from Defendants disgorgement, prejudgment interest thereon, and civil penalties.

Signed: February 12, 2010

*Richard L. Voorhees*

Richard L. Voorhees
United States District Judge