IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | Civil Action No. 5:08-cv-00136-RLV-CH |
| v. | |
| BILTMORE FINANCIAL GROUP, INC., and J. V. HUFFMAN, JR., | |
| Defendants, and | |
| GILDA BOLICK HUFFMAN, | |
| Relief Defendant. | |

## **ORDER**

**THIS MATTER** is before the Court on the Consent Motion of Defendants and Relief Defendants (Document #65) to extend the stay of discovery, pleadings practice, and other proceedings among the parties unrelated to the activities of the Receiver, which stay was effected by the February 12, 2010 Order of this Court. Plaintiff Securities and Exchange Commission consents to the Motion.

**WHEREFORE**, for the reasons stated in the Motion, it hereby is **ORDERED** that the stay of discovery, pleadings practice, and other proceedings among the parties unrelated to the activities of the Receiver effected by the February 12, 2010 Order of this Court is and shall be extended during the pendency of the parties' continued settlement negotiations and until further Order of this Court, provided, however, that the Commission shall be free, without first seeking

1

relief from this Order, to file a motion seeking from Defendants disgorgement, prejudgment interest thereon, and civil penalties.

Signed: April 1, 2010

Richard L. Voorhees
United States District Judge