UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:08cv136

| | |
|---|---|
| SECURITES AND EXCHANGE COMMISSION, | ) ) |
| Plaintiff, | ) ) |
| v. | ) **ORDER** |
| | ) |
| BILTMORE FINANCIAL GROUP, INC. and J. V. HUFFMAN, JR., | ) ) |
| Defendants. | ) ) |

**THIS CAUSE,** coming on to be heard and being heard before the Honorable Richard L. Voorhees, United States District Court Judge for the Western District of North Carolina, upon the Application to Employ Realtor for Receiver; and

it appearing to the Court that notice is not required to be served on all parties, that it is necessary for the Receiver to employ a realtor for the reasons as set forth in the Receiver's Application, that the realtor is a disinterested person, and that said Application should be granted.

**NOW, THEREFORE, IT HEREWITH IS ORDERED, ADJUDGED, AND DECREED** as follows:

1. That the Application to Employ Realtor for Receiver be and the same herewith is **GRANTED**; and

2. That the Receiver is authorized to employ Gary Boyd Auction and Real Estate and to pay Gary Boyd Auction and Real Estate such compensation as may be approved by this Court upon Application and Notice.

**SO ORDERED.**

1

Signed: April 16, 2010

Richard L. Voorhees
United States District Judge