**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**5:08-CV-136**

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE | ) | |
| COMMISSION, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| BILTMORE FINANCIAL GROUP, INC. | ) | |
| and J.V. HUFFMAN, JR., | ) | |
| Defendants. | ) | |
| _____ | ) | |

**THIS CAUSE,** coming on to be heard and being heard before Richard L. Voorhees, United States District Court Judge for the Western District of North Carolina, upon the Application of the law firm of Rogers Townsend & Thomas, PC, successor by merger with Kellam & Pettit, P.A. for Compensation and Reimbursement of Expenses as Counsel for the Receiver; and

It appearing to the Court that all parties in interest were given proper notice of the Application of the Firm of Rogers Townsend & Thomas, successor by merger with Kellam & Pettit, P.A. for Compensation and Reimbursement of Expenses as Counsel for the Receiver and that no party in interest filed an objection thereto;

It further appearing to the Court that Rogers Townsend & Thomas, successor by merger with Kellam & Pettit, P.A. as counsel for the Receiver has rendered valuable legal services as Receiver for Defendants J.V. Huffman, Jr. and Biltmore Financial Group, Inc. from October 2, 2009 through April 2, 2010 and that the firm should be paid for services rendered during said time, along with their expenses;

It further appearing to the Court that under the standards set for compensation, Rogers

1

Townsend & Thomas, successor by merger with Kellam & Pettit, P.A.'s fees are fair and reasonable;

**NOW, THEREFORE, IT HEREWITH IS ORDERED, ADJUDGED AND DECREED**

that the Receiver be and he herewith is authorized to pay to Rogers Townsend & Thomas, successor by merger with Kellam & Pettit, P.A. the sum of $45,234.00 as attorneys' fees in this matter, along with expenses in the sum of $611.65 for the period of time from October 2, 2009 through April 2, 2010.

Signed: August 30, 2010

Richard L. Voorhees
United States District Judge