## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION
## 5:08-CV-136

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>           Plaintiff,<br><br>v.<br><br>BILTMORE FINANCIAL GROUP, INC.<br>and J.V. HUFFMAN, JR.,<br>           Defendants. | **ORDER** |

**THIS CAUSE,** coming on to be heard and being heard before Richard L. Voorhees, United States District Court Judge for the Western District of North Carolina, upon the Application of Middleswarth, Bowers and Company C.P.A. for Compensation and Reimbursement of Expenses as Accountant for the Receiver; and

It appearing to the Court that all parties in interest were given proper notice of the Application of Middleswarth, Bowers and Company C.P.A. for Compensation and Reimbursement of Expenses as Accountant for the Receiver and that no party in interest filed an objection thereto;

It further appearing to the Court that Middleswarth, Bowers and Company C.P.A. as accountant for the Receiver has rendered valuable services as accountant for Receiver for Defendants J.V. Huffman, Jr. and Biltmore Financial Group, Inc. from June 25, 2009 through January 25, 2010 and that the firm should be paid for services rendered during said time, along with their expenses;

It further appearing to the Court that under the standards set for compensation, Middleswarth, Bowers and Company C.P.A.'s fees are fair and reasonable;

**NOW, THEREFORE, IT HEREWITH IS ORDERED, ADJUDGED AND DECREED** that the Receiver be and he herewith is authorized to pay to Middleswarth, Bowers and Company C.P.A. the sum of $18,087.67 as accountant's fees in this matter, for the period of time from June 25, 2009 through January 25, 2010.

Signed: August 30, 2010

Richard L. Voorhees
United States District Judge