UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: |
| | ) 08-CV-00136-RLV-CH |
| BILTMORE FINANCIAL GROUP, INC. and | ) |
| J. V. HUFFMAN, JR., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**ORDER GRANTING RECEIVER'S MOTION TO APPROVE PRIVATE SALE OF REAL PROPERTY FREE AND CLEAR OF ALL LIENS, CLAIMS, AND ENCUMBRANCES**

THIS CAUSE, coming on to be heard and being heard before Richard L. Voorhees, United States District Judge for the Western District of North Carolina, upon the Receiver's Motion to Approve Private Sale of Real Property Free and Clear of All Liens, Claims, and Encumbrances (Document # 74) filed on August 18, 2010; and

It appearing to the Court that by prior Order of this Court (Document # 60), the Receiver was authorized and empowered to sell certain real property by private sale and that the Receiver has sold, subject to Court approval, the property in accordance with said Order; and

It further appearing to the Court that a hearing is not required, that the Receiver has satisfied and complied with the provisions of 28 U.S.C. §§ 2001, 2002 and 2004 as well as the terms and conditions of the Order (Document # 60), that said Motion should be granted and that an Order should be entered confirming the sale as required by the Court.

NOW, THEREFORE, IT HEREWITH IS ORDERED, ADJUDGED AND DECREED as follows:

1. That the Receiver's Motion to Approve Private Sale of Real Property Free and Clear of All Liens, Claims, and Encumbrances be and the same herewith is granted; and

2. That the Receiver is authorized to sell to Joel Blackburn and wife, Linda K. Blackburn, by private sale, that certain real property located at Pine Ridge Condominium, Unit 103, Building 186, Boone, North Carolina for the sum of $175,000.00; and

3. That the real property to be sold by the Receiver is sold free and clear of all liens, claims and encumbrances, with liens and encumbrances, if any, being transferred to the proceeds of sale, and that the Receiver is authorized to execute whatever documents which may be required to consummate this sale.

Signed: September 21, 2010

Richard L. Voorhees
United States District Judge