**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**5:08-CV-136**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| BILTMORE FINANCIAL GROUP, INC. and J.V. HUFFMAN, JR., | ) ) ) |
| Defendants. | ) ) |
| _____ | ) |

**ORDER AUTHORIZING AND DIRECTING PAYMENT**
**OF PROFESSIONAL FEES AND EXPENSES**

**THIS MATTER** is before the Court upon William Walt Pettit's Application of Receiver to Pay Professional Fees of the Firm Gary Boyd Auction and Real Estate (Doc. 79) filed March 4, 2011.

It appearing to the Court that all parties in interest were given proper notice of the Application and that no party in interest filed an objection thereto. It further appearing to the Court that Gary Boyd Auction and Real Estate, as Realtor for the Receiver, has rendered valuable services, and that Gary Boyd Auction and Real Estate should be paid for services rendered during said time, along with expenses. It further appearing to the Court that under the standards for compensation, Gary Boyd Auction and Real Estate's fees are fair and reasonable.

NOW, THEREFORE, IT HEREWITH IS ORDERED, ADJUDGED AND DECREED that the Receiver be and he herewith is authorized to pay Gary Boyd Auction and Real Estate, out of the assets of the Receiver Estate, the sum of Thirty Five Thousand Six Hundred Twenty Eight and 00/100 Dollars ($35,628.00) as commission, along with expenses in the sum of Five Thousand Nine Hundred Seventy Five and 00/100 Dollars ($5,975.00).

Signed: April 7, 2011

Richard L. Voorhees
United States District Judge