UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:08-CV-136

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| BILTMORE FINANCIAL GROUP, INC. and J.V. HUFFMAN, JR., | ) ) ) |
| Defendants. | ) ) |

# ORDER

**THIS MATTER** is before the Court on Receiver's Amended Motion to Approve Compromise and Settlement of Claims (Doc. # 80), filed March 16, 2011. Having considered the Motion and the Receiver's reasons for settling these claims, and finding it to be in the best interests of the Receivership Estate,

IT IS, THEREFORE, ORDERED, ADJUDGED, and DECREED as follows:

1. That the Receiver's Amended Motion to Approve Compromise and Settlement of Claims related to the transfer of funds to Mountain View Baptist Church, Inc. ("Mt. View Baptist"), is hereby GRANTED.

2. That the Receiver is authorized to enter into an execute the Settlement Agreement with Mountain View Baptist Church that is appended to the Amended Motion to Approve Compromise and Settlement of Claims.

3. That in accordance with the terms of the Settlement Agreement, the Receiver is authorized to release and settle all claims which could be asserted by the Receiver against

Mountain View Baptist.

4. That in exchange for the Receiver's settlement and release of all claims against Mountain View, and consistent with the terms of the Settlement Agreement, the Receiver is authorized to accept the $382,169.94 offered by Mountain View Baptist in full satisfaction of any and all claims and causes of action that the Receiver or the SEC may have against Mountain View Baptist.

5. That, consistent with this Order, the Receiver is authorized to take whatever other actions are necessary for the consummation of the Settlement Agreement.

**SO ORDERED.**

Signed: April 7, 2011

Richard L. Voorhees
United States District Judge