# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CASE NO. 5:08-CV-136-RLV

SECURITIES AND EXCHANGE COMMISSION, )
                                                                       )
       Plaintiff,                    )
                                                                  )
     v.                               )         **ORDER**
                                                                  )
BILTMORE FINANCIAL GROUP, INC.,      )
and J.V. HUFFMAN JR.,                 )
                                                                  )
       Defendants.               )
_____)

        **THIS MATTER**, before the Court upon William Walt Pettit's Application for the Compensation and Reimbursement of Rogers Townsend & Thomas PC, successor by merger with Kellam & Pettit PA ("Applicant") (Doc. 81), filed March 31, 2011; and

        It appearing to the Court that all parties in interest were given proper notice of the Application and that no party in interest filed an objection thereto;

        It further appearing to the Court that Applicant, as counsel for the Receiver, has rendered valuable services for Defendants J.V. Huffman Jr. and Biltmore Financial Group, Inc., from March 31, 2010, through November 24, 2010, and that Applicant should be paid for services rendered during said time, along with expenses;

        It further appearing to the Court that under the standards for compensation, Applicant's fees are fair and reasonable;

**NOW, THEREFORE, IT HEREWITH IS ORDERED, ADJUDGED AND DECREED** that the Receiver be authorized to pay Applicant the sum of Forty-Three Thousand Fifty-Six and 00/100 Dollars ($43,056.00) as attorney's fees in this matter, along with expenses in the sum of One Thousand Two Hundred Seventy-Seven and 21/100 Dollars ($1,277.21), for the above-specified period of time.

Signed: December 29, 2011

Richard L. Voorhees
United States District Judge