IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:08-CV-136-RLV

SECURITIES AND EXCHANGE COMMISSION, )
)
       Plaintiff, )
)
v. )   **ORDER**
)
BILTMORE FINANCIAL GROUP, INC., )
and J.V. HUFFMAN JR., )
)
       Defendants. )
_____)

**THIS MATTER**, before the Court upon William Walt Pettit's Application for the Compensation and Reimbursement of Middleswarth, Bowers & Co. LLP ("Applicant") (Doc. 82), filed March 31, 2011; and

It appearing to the Court that all parties in interest were given proper notice of the Application and that no party in interest filed an objection thereto;

It further appearing to the Court that Applicant, as accountant for the Receiver, has rendered valuable services for Defendants J.V. Huffman Jr. and Biltmore Financial Group, Inc., from February 1, 2010, through October 29, 2010, and that Applicant should be paid for services rendered during said time, along with expenses;

It further appearing to the Court that under the standards for compensation, Applicant's fees are fair and reasonable;

1

**NOW, THEREFORE, IT HEREWITH IS ORDERED, ADJUDGED AND DECREED** that the Receiver be authorized to pay Applicant the sum of Fourteen Thousand Five Hundred Fifty-Four and 50/100 Dollars ($14,554.50) as accountant's fees in this matter, for the above-specified period of time.

Signed: December 29, 2011

*Richard L. Voorhees*
Richard L. Voorhees
United States District Judge