## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> BILTMORE FINANCIAL GROUP, INC., ) <br> and J.V. HUFFMAN, JR., ) <br> ) <br> Defendants. ) | Case No.: <br> 08-CV-00136-RLV-CH |

**CONSENT ORDER GRANTING FINAL APPLICATION OF HUTCHENS SENTER KELLAM & PETTIT, P.A. FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE RECEIVER**

THIS MATTER coming before the Honorable Richard L. Voorhees, United States District Court Judge, upon the Receiver's Final Application of Receiver's Counsel for Compensation and Reimbursement of Expenses (hereinafter "Application") (Doc. 144) and the Response (hereinafter "Response") thereto by the Securities and Exchange Commission (hereinafter "SEC") (Doc. 150).

It appearing to the Court that the Receiver had requested in the Application fees and expenses as follows: 1) payment to Rogers Townsend & Thomas, P.C. (hereinafter "RTT") for services rendered on behalf of the Receivership Estate between November 29, 2010 and March 22, 2012 for fees in the sum of $33,263.00 and for expenses in the amount of $744.50 for the same time period; 2) payment to Hutchens, Senter, Kellam & Pettit, P.A. (hereinafter "HSKP") for services rendered on behalf of the Receivership Estate between January 19, 2012 and November 14, 2013 for fees in the sum of

1

$107,221.00 and for expenses in the amount of $14,132.12 for the same time period; and 3) HSKP sought approval for $5,040.00 in anticipated legal fees and $957.52 in anticipated expenses through the conclusion of the Receiver's duties.

It further appearing to the Court, based on the signatures appearing herein from Counsel for the Receiver and for the SEC, that the parties have resolved this matter and request the Court to approve requests for compensation and reimbursement of expenses by Counsel for the Receiver as follows:

1. Payment to RTT for fees in the sum of $28,273.55 in compensation for services rendered on behalf of the Receivership Estate between November 29, 2010 and March 22, 2012, and for expenses in the amount of $744.50;

2. Payment to HSKP for fees in the sum of $91,137.85 in compensation for services rendered on behalf of the Receivership Estate between January 19, 2012 and November 14, 2013, and for expenses in the amount of $14,132.12; and

3. As to fees and expenses incurred by the Receiver since filing the Application for Final Fees and Expenses, the Receiver should timely complete the work and forward an invoice for actual services rendered and fees incurred and withhold such anticipated amounts to pay the fees and expenses from the distribution to claimants.

**NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that the Court approves the Agreement as set forth above and approves the**

**fees and expenses; and that the Receiver be and he herewith is authorized to pay the same as shown in paragraph 1 and 2 above.**

Signed: February 25, 2014

Richard L. Voorhees
United States District Judge