UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT NORTH CAROLINA
STATESVILLE DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) | |
| Plaintiff, | ) | |
| v. | ) ) | Case No.: 5- 08-CV-00136-RLV |
| BILTMORE FINANCIAL GROUP, INC. and J.V. HUFFMAN, JR., | ) ) ) | |
| Defendants. | ) ) | |

## ORDER

THIS CAUSE, coming on to be heard and being heard on December 12, 2013, before Richard L. Voorhees, United States District Court Judge for the Western District of North Carolina upon the Receiver's Final Report and Accounting of Receiver, Application to Disburse Funds of the Estate and Application to Abandon and Discharge Receiver ("Final Report") (Doc. 143);

It appearing to the Court that all claims have been reviewed and approved, modified, or disallowed by this Court;

It appearing to the Court that all parties in interest were properly served with the Final Report or a copy thereof was made accessible and that no party of interest filed an objection thereto; and

1

It further appearing that the Court should approve and confirm the Final Report.

**NOW, THEREFORE, IT HEREWITH IS ORDERED, ADJUDGED AND DECREED as follows:**

1. That the Court Approves the Receiver's Final Report and Accounting of Receiver, Application to Disburse Funds of the Estate and Application to Abandon and Discharge Receiver;

2. That the Receiver is authorized to deposit the funds to be distributed to the victims herein into the trust account of The Hutchens Law Firm and to distribute said funds from said account to the victims as authorized herein;

3. That a distribution of the funds of the Receivership Estate is ordered based upon a pro rata share of 0.105670003407624, which represents all approved claims as of January 10, 2014, divided by the remaining amount of funds available for distribution to the claims as previously approved by this Court;

4. That said distribution of the funds in the Receivership Estate shall be completed within fifteen (15) days from the entry of this Order;

5. That upon payment of all amounts as directed by this Order and upon filing a Report of Distribution with the Clerk's

Office on or before August 5, 2014 which shows all distributions to the victims and remitting all unclaimed funds to the Clerk's Office, the Receiver shall be discharged of his duties;

6. That the Receiver maintain and keep all records and books of the Receivership Estate for a period of four (4) years, thereafter the Receiver is authorized to abandon any books and records and any property of the Receivership Defendants identified in this action and not otherwise liquidated for the estate as requested herein;

7. That any and all proofs of claims or claims against the Receivership Estate, J.V. Huffman, Jr., or Gilda Huffman made or filed after December 12, 2013 are hereby barred; and

8. That in the event additional funds are collected by the Receivership Estate after a distribution is made, the Receiver shall seek to reopen the Receivership Estate and to seek approval to forward a second distribution based upon a pro rata share of all approved claims as provided in Doc. 154, divided by the remaining amount of funds available for distribution.

Signed: 3/12/14

*[Signature]*

Richard L. Voorhees
United States District Judge