# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

## CASE NO. 5:08cv136

SECURITIES and EXCHANGE COMISSION,

      Plaintiff,

  V.

BILTMORE FINANCIAL GROUP, INC.,
And J. V. HUFFMAN, JR.,

      Defendants.

## ORDER

**THIS MATTER** is before the Court in his fiduciary duty to funds received by parties and placed into the Trial Balance of Treasury Registry Fund of this court.

On, November 24, 2014, Attorney William Pettit, acting as a Receiver for this Court, directed that Clerk pay Mr. Xavier Rein Taylor Four Thousand Two Hundred Twenty Six Dollars and Eighty Cents ($4, 226, 80).

The Clerk, having secured a correct and current address for Mr. Taylor will proceed with this disbursement. Inc. in the amount of Four Thousand Two Hundred Twenty-Six Dollars and Eighty Cents ($4,226.80) per the directive of the Receiver.

The disbursement amounts shall include interest earned, if any, since the time the money was placed into the registry fund.

**IT IS, THEREFORE, ORDERED,** that the Financial Section of the Clerk of Court's Office shall make the disbursement to Mr. Xavier Taylor.

Signed: January 28, 2015

Frank G. Johns, Clerk
United States District Court